UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MORLY GOURDET, | Case No. 2:26-cv-01048-ART-BNW |
| Plaintiff, | |
| v. | |
| ZHENWU HUANG, et al., | ORDER TRANSFERRING CASES TO SINGLE DISTRICT JUDGE AND MAGISTRATE JUDGE |
| Defendants. | |
| LUIS GONZALEZ DIEZ, et al., | Case No. 2:26-cv-00231-RFB-MDC |
| Plaintiffs, | |
| v. | |
| RICHTECH ROBOTICS, INC, et al., | |
| Defendants. | |

In *Gourdet v. Huang*, 2:26-cv-1048-ART-BNW ("*Gourdet*"), Plaintiff Morly Gourdet sues directors and officers of Richtech Robotics derivatively and on behalf of the corporation, claiming that the Defendants caused and failed to correct certain false and misleading statements that, when discovered, lowered the share price. He brings claims for breach of fiduciary duty, unjust enrichment, waste of corporate assets, gross mismanagement, abuse of control, and for contribution under the Securities Exchange Act of 1934. In *Diez v. Richtech*, 2:26-cv-00231-RFB-MDC, a putative class of Richtech shareholders sue a subgroup of the same defendants for the same conduct, asserting claims under the Securities Exchange Act of 1934.

Local Rule 42-1(b) provides that "[u]nder Fed. R. Civ. P. 42(a), if actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay. The

1

court may make a determination to consolidate actions sua sponte." Because the two related actions involve similar questions of fact and law, and their assignment to the same district and magistrate judge is likely to effect a substantial savings of judicial effort, the Court hereby transfers *Gourdet* to District Judge Richard F. Boulware and Magistrate Judge Maximiliano D. Couvillier for all further proceedings.

IT IS HEREBY ORDERED that the Clerk of Court transfer and reassign Case No. 2:26-cv-1048-ART-BNW to District Judge Richard F. Boulware and Magistrate Judge Maximiliano D. Couvillier for all further proceedings.

DATED THIS 2nd day of June 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED THIS 2nd day of June 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2